**Order entered March 26, 2020**



### In The
### Court of Appeals
### Fifth District of Texas at Dallas

### No. 05-19-01213-CV

### CHRISTOPHER WREH, Appellant

### V.

### ALEX GIANOTOS, BOSTEN GOLDSCHMIED, & BG INCORPORATED, Appellees

### On Appeal from the County Court at Law No. 4
### Dallas County, Texas
### Trial Court Cause No. CC-19-05068-D

### ORDER

Before the Court is appellant's March 23, 2020 emergency motion for extension of time to file his corrected brief. Appellant explains the extension is necessary because a "malware/ransomware program" installed itself in his computer where he had the revised brief.

We **GRANT** the motion and **EXTEND THE TIME** to April 22, 2020.

/s/    KEN MOLBERG
         JUSTICE